PHILLIP A. TALBERT
United States Attorney
PETER THOMPSON, HI 5890
Acting Regional Chief Counsel, Region IX
ELIZABETH LANDGRAF, CSBN 313184
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: (510) 970-4828
    Facsimile: (415) 744-0134
    Elizabeth.Landgraf@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| MEGAN GOODEILL<br>on behalf of minor A.M.F.,<br><br>    Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 1:21-cv-00242-BAK (SKO)<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT<br><br>(Doc. 29) |

    The parties stipulate through counsel that Defendant, the Acting Commissioner of Social Security (the "Commissioner"), shall have a first extension of 45 days to respond to Plaintiff's Motion for Summary Judgment ("Motion") (Docket Number 27), extending the date on which Defendant's response is due from August 21, 2022, to October 5, 2022.

    Defendant needs more time to respond to Plaintiff's Motion because the undersigned attorney was recently reassigned to this case and needs more time review the record, evaluate the issues raised in Plaintiff's Motion, determine whether options exist for settlement, and if not,

prepare Defendant's Opposition to Plaintiff's Motion. In addition, the undersigned attorney for Defendant currently has eight district court briefs due over the next four weeks, including Defendant's Opposition in this case.

Due to the overall volume of work within the Commissioner's Region IX Office of General Counsel, neither the undersigned attorney nor another attorney in the Region IX Office anticipate being able to review and respond to Plaintiff's Motion by the current due date. Current staffing limitations caused by planned and unplanned leave of multiple attorneys make immediate reassignment impractical. Accordingly, the Commissioner respectfully requests an extension of 45 days, until October 5, 2022, to respond to Plaintiff's Motion.

This request is made in good faith and is not intended to delay the proceedings in this matter.

Respectfully submitted,

DATE: August 18, 2022         */s/ Jonathan Omar Pena*
                              JONATHAN OMAR PENA
                              Attorney for Plaintiff
                              (as approved via email)

                              PHILLIP A. TALBERT
                              United States Attorney
                              PETER THOMPSON
                              Acting Regional Chief Counsel, Region IX
                              Social Security Administration

DATE: August 18, 2022    By   */s/ Elizabeth Landgraf*
                              ELIZABETH LANDGRAF
                              Special Assistant United States Attorney
                              Attorneys for Defendant

**ORDER**

Based upon the foregoing stipulation of the parties (Doc. 29), and for good cause shown, Fed. R. Civ. P. 16(b)(4), IT IS HEREBY ORDERED that Defendant shall have an extension of time, to and including October 5, 2022, in which to file a response to Plaintiff's motion for summary judgment. All other deadlines set forth in the Scheduling Order (Doc. 21) shall be extended accordingly.

IT IS SO ORDERED.

Dated:  **August 19, 2022**                    /s/ *Sheila K. Oberto*
                                                                                UNITED STATES MAGISTRATE JUDGE